UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sandra Louise Brown    :    Chapter 13
                              :
Debtor                        :    Bankruptcy No. 03-36573

ORDER

AND NOW, this ____ day of _____, 20___, upon consideration of the Motion of Oak Point Partners, Inc. ("the Movant") by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $1,910.83 and $78.83 for a total of $1,989.66 shall be paid to ~~Brian J Dilks~~ *(Risk Management Alternatives Inc.)* and sent to Dilks & Knopik, LLC., 35308 SE Center Street, Snoqualmie, WA 98065.

_____
Bruce I. Fox  4/9/13
BANKRUPTCY JUDGE